**J. C. LAWSON, Appellant, v. UNITED STATES of America, Appellee.**

No. 12812.

United States Court of Appeals
Fifth Circuit.

Dec. 2, 1949.

---

No appearance for appellant.

Cavett S. Binion, Asst. U. S. Atty., Fort Worth, Tex., for appellee.

Before HUTCHESON, WALLER and RUSSELL, Circuit Judges.

PER CURIAM.

A careful examination of the contentions of the appellant in the light of the record and the briefs discloses that they are without merit. The judgment denying the motion to vacate sentence was right. It is

Affirmed.